Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 JUL 21 PM 4:02

# UNITED STATES DISTRICT COURT
for the
District of Nebraska
_____ Division

Welch Racing LLC
Brendan Welch

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Eason L. Wright, III
Pat Wright
Charity Et Shack Chick

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **4:23CV3134**
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brendan Welch |
| Street Address | 403 N Galway St |
| City and County | Greeley, Greeley |
| State and Zip Code | Nebraska 68842 |
| Telephone Number | [redacted] |
| E-mail Address | Redacted for privacy and to prevent further harassment/stalking. |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Eason L. Wright
- Job or Title (if known): PR of Yellow Belly Dragstrip
- Street Address: 9113 Clearview Dr
- City and County: McKinney, TX Collin
- State and Zip Code: TX 75072
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Pat Wright — owner
- Job or Title (if known): 4702 E Main St Grand Prairie
- Street Address: 4702 E Main St
- City and County: Grand Prairie, Dallas
- State and Zip Code: TX 75050
- Telephone Number: 214 427 1507
- E-mail Address (if known):

Defendant No. 3
- Name: Eason L Wright
- Job or Title (if known):
- Street Address: 7003C Hwy 225
- City and County: Deer Park Harris
- State and Zip Code: TX 77536
- Telephone Number: 713 324 0880
- E-mail Address (if known):

Defendant No. 4
- Name: Charity Et Shack Chick
- Job or Title (if known):
- Street Address: 4702 E Main St
- City and County: Grant Prairie, Dallas
- State and Zip Code: TX 75050
- Telephone Number: 214 427 1507
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Fraud: 18 USC 241, 18 242, 18 USC 2261A, Potential Mass Marketing Fraud, Impersonation Fraud

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Brendan Welch, is a citizen of the State of *(name)* Nebraska.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Welch Racing LLC, is incorporated under the laws of the State of *(name)* Nebraska, and has its principal place of business in the State of *(name)* Nebraska.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Eason L. Wright III, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$80,000 - severe Harassment online Infringement; Unlawful Use of Name and Likeness; Marketing Fraud; Impersonation

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Online, Facebook only to my knowledge. Originating in Texas, Made contact with LEOs in Texas; they did nothing. Would like charges filed.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

July 13th and June 14th; time unknown

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

online harassment, forced into Business Interruption on July 13th and June 14th, Charity Et Shack Chick, an employee at Yello Belly Dragstrip did knowingly and deliberately use and distribute 8 photos, committing 8 counts of Infringement and also Fraud and Impersonation. See attached.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Long term Business Interruption at Present, Intentional Infliction of Emotional Distress. Damages are Irreparable and damage to my Reputation is Irrevocable. Charity is an accomplice and associated with Double 00 shitshow and David Wright. Factual Basis.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pay $80,000 for damages of False Light, Criminal Harassment, online Impersonation, Fraud and 8 counts of Infringement. Order to permanently have no contact with me online or in person. Order Injunction to destroy and recant all false statements and stolen photos. File charges against parties for Harassment, online Impersonation and/or Infringement/Unauthorized use of Name and Likeness; all three or any combination therein. Ban from Welch Racing Permanently.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/21/2023

Signature of Plaintiff
Printed Name of Plaintiff   Brendan Welch

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address